# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 30, 2024

Lyle W. Cayce
Clerk

No. 24-10248

_____

CHAMBER OF COMMERCE FOR THE UNITED STATES OF
AMERICA, FORT WORTH CHAMBER OF COMMERCE; LONGVIEW
CHAMBER OF COMMERCE; AMERICAN BANKERS ASSOCIATION;
CONSUMER BANKERS ASSOCIATION; TEXAS ASSOCIATION OF
BUSINESS,

*Plaintiffs—Appellants*,

*Versus*

CONSUMER FINANCIAL PROTECTION BUREAU; ROHIT CHOPRA,
*in his official capacity as Director of the Consumer Financial Protection Bureau*,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-213

_____

UNPUBLISHED ORDER

Before STEWART, GRAVES, and OLDHAM, *Circuit Judges*.
Per Curiam:

IT IS ORDERED that the District Court's transfer order is administratively stayed until 5:00 PM on Tuesday, April 2, 2024.

No. 24-10248

IT IS FURTHER ORDERED that this appeal and all pending motions are expedited to the next oral argument panel.